**Fill in this information to identify the case:**

Debtor 1: Diana M. Schultz

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Ohio (State)

Case number: 2:13-bk-59855

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST

Court claim no. (if known): 4-1

Last 4 digits of any number you use to identify the debtor's account: 9 7 9 7

Property address:
925 Avon Drive
Number    Street

Cambridge    OH    43725
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Diana M. Schultz | Case number *(if known)* 2:13-bk-59855 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: ✗ /s/ Molly Slutsky Simons | Date 12/02/2019 |
|---|---|---|
| Print | Molly Slutsky Simons | Title Attorney for Creditor |
| | First Name    Middle Name    Last Name | |
| Company | Sottile and Barile, Attorneys at Law | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 394 Wards Corner Road, Suite 180 | |
|---|---|---|
| | Number    Street | |
| | Loveland                    OH         45140 | |
| | City                        State      ZIP Code | |
| Contact phone | ( 513 ) 444 - 4100 | Email bankruptcy@sottileandbarile.com |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In Re:                                       2:13-bk-59855

Diana M. Schultz                      Chapter 13

Debtor.                                Judge C. Kathryn Preston

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served **electronically** on December 2, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on December 2, 2019 addressed to:

    Diana M. Schultz, Debtor
    925 Avon Drive
    Cambridge, OH 43725

                                                           Respectfully Submitted,

                                                           /s/ Molly Slutsky Simons
                                                           Molly Slutsky Simons (0083702)
                                                           Sottile & Barile, Attorneys at Law
                                                           394 Wards Corner Road, Suite 180
                                                           Loveland, OH 45140
                                                           Phone: 513.444.4100
                                                           Email: bankruptcy@sottileandbarile.com
                                                           Attorney for Creditor